UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN DISMUKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER R. RODRIGUEZ, J. COUGHLIN, S. PALOMARES, and PALIMANO,<br><br>　　　　　Defendants. | NO. CV-08-2444-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

　　Before the Court is *pro se* state prisoner Plaintiff Melvin Dismuke's Complaint, alleging a violation of the Eighth Amendment under 42 U.S.C. § 1983. (Ct. Rec. 1.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2). After review, the Court finds the complaint states a plausible 42 U.S.C. § 1983 claim based on a violation of the Eighth Amendment's cruel and unusual punishment clause. However, the complaint

ORDER * 1

is deficient because it is unsigned. *See* FED. R. CIV. P. 11(a) (requiring every pleading to be signed by either the attorney of record or the party personally if the party is unrepresented). Accordingly, Plaintiff shall file a **signed** amended complaint **no later than sixty (60) days** from the date of this Order. The Court cautions Plaintiff that failure to comply with this Order may result in dismissal of this action. Pursuant to 28 U.S.C. § 1915(g), a prisoner who brings three (3) or more civil actions or appeals that are dismissed because they are legally frivolous, malicious, or fail to state a claim, will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."

Accordingly, **IT IS HEREBY ORDERED:** Plaintiff shall file a **signed** amended complaint, which shall operate as a complete substitute for previously submitted complaint, **no later than sixty (60) days** from the date of this Order.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff, along with a copy of the Local Rules for the Eastern District of California.

**DATED** this   13th   day of January 2009.


                       S/ Edward F. Shea
                         EDWARD F. SHEA
                  United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2444.screen.sign.wpd

ORDER * 2