UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN DISMUKE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER R. RODRIGUEZ, J. COUGHLIN, S. PALOMARES, and PALIMANO,<br><br>    Defendants. | NO. CV-08-2444-EFS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND CLOSING FILE** |

On January 14, 2009, the Court directed *pro se* Plaintiff Melvin Dismuke to file a signed amended complaint within sixty (60) days. (Ct. Rec. 10.) The Court explicitly cautioned Plaintiff that failure to do so may result in dismissal. To date, Plaintiff has not filed an amended complaint. Accordingly, **IT IS HEREBY ORDERED:** Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to:

1.   enter this Order;

2.   enter **judgment** of dismissal without prejudice;

ORDER * 1

3. forward a copy of this Order to the **California Department of Corrections, Office of Legal Affairs, P.O. Box 942883, Sacramento, CA 94283-0001,** to forward to the appropriate agency having custody of Plaintiff; and

4. close the file.

**DATED** this   6th   day of April 2009.


S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2444.dismiss.wpd

ORDER * 2